UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

vs.                                                               CIVIL ACTION NO. 3:18-cv-329-WHB-JCG

WILLIAM HART                                                                                  DEFENDANT

## COMPLAINT

Plaintiff United States of America, by and through the United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney for said District, on behalf of its agency, the United States Department of Education, alleges the following in support of its Complaint against Defendant William Hart:

### I.  Parties and Nature of Action

1. This is a civil action brought by Plaintiff United States to collect a student loan debt from Defendant Hart under the U.S. Department of Education's William D. Ford Federal Direct Loan Program. 20 U.S.C. § 1087a *et seq.*; 34 C.F.R. Part 685.

### II.  Jurisdiction and Venue

2. This Court has jurisdiction over an action under 28 U.S.C. §§ 1331 and 1345.

3. Venue is proper in the Southern District of Mississippi under 28 U.S.C. § 1391 because Hart resides in Jackson, Mississippi.

### III.  Facts

4. In 2001, Hart applied for and was granted a William D. Ford Federal Direct Consolidation Loan (Direct Consolidation Loan) from the U.S. Department of Education,

authorized under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a *et seq*. The Direct Consolidation Loan's details are more particularly set out in the U.S. Department of Education's Certificate of Indebtedness, attached as Exhibit A. *See* Ex. A (Certificate of Indebtedness).

5. On or about June 6, 2001, Hart signed a Promissory Note by which he promised, in exchange for his receipt of funds from the Direct Consolidation Loan, to repay the Direct Consolidation Loan with interest, fees, and U.S. Department of Education's collection costs, including attorney's fees. Attached as Exhibit B is a true and correct copy of the signed Promissory Note. *See* Ex. B (Promissory Note).

6. Through the Direct Consolidation Loan, the U.S. Department of Education disbursed to Hart $32,253.04 and $14,213.56 on or about August 21, 2001, at an interest rate of 6.875% annually. Ex. A (Certificate of Indebtedness).

7. On or about May 23, 2013, Hart defaulted on the Promissory Note by failing to make payments when due.

8. After Hart's default, the U.S. Department of Education capitalized $28,417.90 in unpaid interest and declared the entire outstanding Direct Consolidation Loan balance due immediately, as authorized by the Promissory Note's acceleration clause.

9. As of March 14, 2018, Hart owed the U.S. Department of Education $98,025.88 on the Direct Consolidation Loan taken out on June 6, 2001, comprised of $60,660.06 principal plus $37,365.82 in accrued interest. Additional interest accrues on the principal amount at the annual rate of 6.875 percent and a daily rate of $11.42 until the date judgment is entered, and thereafter at such rate as the U.S. Department of Education establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a et seq. *See* Ex. A (Certificate of

Indebtedness).

## Count I – Breach of Contract

10. The United States incorporates the foregoing paragraphs of the Complaint as if fully restated herein.

11. Hart formed a contract with the U.S. Department of Education when he signed the Promissory Note by which he promised, in exchange for his receipt of the funds from the Direct Consolidation Loan, to repay the Direct Consolidation Loan with interest, fees, and the U.S. Department of Education's collection costs, including attorney's fees.

12. Hart materially breached the Promissory Note by failing to make payments of his Direct Consolidation Loan debt when due, and he has persisted in that failure through the present date.

13. Hart's material breach of the Promissory Note has caused the United States to suffer damages in the amount of $98,025.88 as of March 14, 2018, plus future interest at the rate of $11.42 per day until the date judgment is entered, plus post-judgment interest at the statutory rate thereafter.

## Prayer for Relief

The United States respectfully requests that the Court enter judgment in its favor, as follows:

a. That Hart materially breached the Promissory Note by failing to make payments on his Direct Consolidation Loan debt, as required therein;

b. That, due to Hart's material breach of the Promissory Note, Hart is liable in damages to the United States in the amount of $98,025.88, as of March 14, 2018; plus daily prejudgment interest in the amount of $11.42 from March 14, 2018, until the judgment date; plus

post-judgment interest at the statutory rate on and after the judgment date;

  c. That Hart is liable for the U.S. Department of Education's collection costs, including reasonable attorney's fees and litigation costs, including filing fee costs in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee) in favor of the United States, pursuant to 28 U.S.C. § 2412(a)(2); and

  d. All other relief in favor of the United States that the Court deems just and proper.

DATED: May 22, 2018         Respectfully submitted,

                  D. MICHAEL HURST, JR.
                  United States Attorney

         BY:

                  /s/ J. Wesley Webb
                  J. WESLEY WEBB (MSB #104495)
                  *Assistant United States Attorney*
                  Office of the United States Attorney
                  SOUTHERN DISTRICT OF MISSISSIPPI
                  501 East Court Street, Suite 4.430
                  Telephone: 601.965.4480
                  Facsimile: 601.965.4032
                  E-mail: James.Webb2@usdoj.gov

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

WILLIAM A HART
AKA WILLIAM HART
AKA WILLIAM ALLEN HART
2030 SOUTHWOOD RD
JACKSON, MS 39211
Account No. XXXXX0302

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 03/14/18.

On or about 06/06/01, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $32,253.04 & $14,213.56 on 08/21/01 at 6.875 % interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 05/23/13. Pursuant to 34 C.F.R. § 685.202(b), a total of $28,417.90 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $9,036.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $60,660.06 |
| Interest: | $37,365.82 |
| Total debt as of 03/14/18: | $98,025.88 |

Interest accrues on the principal shown here at the rate of $11.42 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5-2-18

Loan Analyst
Litigation Support Unit

EXHIBIT A

Promissory Note  Page 1 of 3

JUN 1 5 2001

**Borrower's Name:** WILLIAM HART
**Borrower's Social Security Number:** 

**REPAYMENT PLAN SELECTION**

Carefully read question #5, "What are my repayment plan options?," on the "Frequently Asked Questions" Page to understand the repayment plans available to you. Then, complete this section to select your repayment plan. Remember--

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" AND "Income Contingent Repayment Plan Consent to Disclosure of Tax Information" forms. Both forms can be downloaded from the "Forms and Publications" Page. **Your selection cannot be processed without these forms.**
- **If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.**

Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

|  |  | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|---|
| **STUDENT LOANS** | *Direct Subsidized and Unsubsidized Consolidation Loans:* | X | | | |
| **PARENT LOANS** | *Direct Plus Consolidation Loans:* | N/A | | | |

**PROMISSORY NOTE**

**Promise to Pay:**
I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in the Loan Information Section. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

_William Albert Hart_      6-6-01
Signature of Borrower      Date

_____      _____
Signature of Spouse(if consolid      Date

EXHIBIT B

# William D. Ford Federal Direct Consolidation Loans

## Obtained by application via the web

**_Background:_** The William D. Ford Federal Direct Loan Program (Direct Loan Program) is authorized under Title IV, Part D of the Higher Education Act of 1965, as amended 20 U.S.C. Section 1087a et seq. Loans under the Direct Loan Program first became available on July 1, 1994. Under the Direct Loan Program, Education provides funds directly to borrowers.

Four types of loans are offered under the Direct Loan Program: Subsidized Direct Stafford, Unsubsidized Direct Stafford, Direct PLUS (Parent Loan for Undergraduate Students), and Direct Consolidation Loans.

The Federal Direct Consolidation Loan Program enables borrowers to apply for a loan to consolidate outstanding educational loans made pursuant to Title IV of the Higher education Act of 1965, as amended. The Consolidation Loan retires the underlying loans and issues a new loan in the amount of the payoff needed to retire those debts. Up until 2005, borrowers could consolidate a single loan into a new Direct Consolidation loan.

**_Applying for Direct Consolidation Loans:_** Potential borrowers could apply for a Direct Consolidation Loan by accessing loanconsolidation.ed.gov (current applicants access StudentLoan.ed.gov). Direct Consolidation Loan applications and promissory notes, along with Borrower's Rights and Responsibilities and other documents (loan documents) were made available at that website. Applicants could download a paper copy of the loan documents, or, for Direct Consolidation Loans, they could choose to complete a loan application online – commonly known as the "web app."

Web applications allowed prospective Direct Consolidation Loan borrowers to complete the application for a Direct Consolidation Loan online with the option, at the end of the process, to either sign a promissory note electronically (e-sign), to have a paper copy of the promissory note mailed to them to return for processing, or to print their own copy of the promissory note to return for processing. Before selecting the method of signing/accessing the promissory note, applicants progress through a series of screens requesting demographic information and a listing of the loans for consolidation.

Those applicants requesting a mailed promissory note receive a four page application/promissory note. Those applicants printing the note from the website will print out a three page promissory note. The applicant signs and returns the note. Education's business practices have been to retain all pages of the promissory note returned by the applicant, but the applicant is only required to return the signature page. The information requested in the other pages has already been entered into the website from previous screens and will eventually migrate into databases used to process and service the loans. For many Web App borrowers only the signature page is returned. Education can provided templates of the entire note.

**_Processing Direct Consolidation Loans:_** After receiving the Direct Consolidation loan application, Education sends a Federal Direct Consolidation Loan Verification Certificate (LVC) to the loan holders. The loan holder certifies the balance and interest rate as of a specific payoff date and returns the LVC to Education. The LVC is used to determine the balance and interest rate of the Direct Consolidation Loan.

The amount disbursed may differ slightly from the amount on the LVC as the loan may not book precisely on the payoff date provided on the LVC.

The disbursed amount and interest rate does not appear on the LVC as they are not known at the time the borrower signs the promissory notes. The interest rate of the Direct Consolidation loan is determined by the weighted average of the purchased loans rounded up to the nearest one-eighth of one percent. Once the Direct Consolidation loan has booked, the borrower is sent a "Welcome Notice" which discloses the balance and interest rate for the new Direct Consolidation loan and the borrower is given the opportunity to dispute that balance.

***Litigation Support:*** Education staff can provide a declaration, with supporting documentation, describing the Direct Loan Consolidation process if needed. The declaration includes templates of the website screens that the applicant would have viewed when applying for the Direct Consolidation Loan.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

3:18-cv-329-WHB-JCG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
WILLIAM HART

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
J. Wesley Webb, AUSA
United States Attorney's Office, SDMS
501 East Court Street, Ste 4.430 Jackson, MS 39201  601-965-4480

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [X] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 196 Franchise |  | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
|  |  | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  |  | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** |  |  |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  |  |
|  | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq.

Brief description of cause:
Borrower defaulted on federal student loan obligation.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 05/21/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ J. Wesley Webb

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____